THE STATE OF OHIO, APPELLEE, *v.* ODEN, APPELLANT.

[Cite as *State v. Oden* (1996), 74 Ohio St.3d 234.]

(No. 95–1052—Submitted September 12, 1995—Decided January 10, 1996.)

---

*Maureen O'Connor,* Summit County Prosecuting Attorney, and *William D. Wellemeyer,* Assistant Prosecuting Attorney, for appellee.

*Master Chaunce' Oden, pro se.*

*Per. Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.